UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>v.<br><br>2008 Ford Truck, VIN: 1FTSW21518EA39465<br>2008 Ford Truck, VIN: 1FTSW21538EA39578<br>2008 Ford Truck, VIN: 1FTSW21548EA39525<br>2008 Ford Truck, VIN: 1FTSW21558EA39551<br>2008 Ford Truck, VIN: 1FTSW21558EA39498<br>Respondent. | §§§§§§§§§§§§ CIVIL NO. EP-08-CV-0385-KC |

## FINAL ORDER

Came on to be considered this date the Joint Motion for Order Adopting Stipulation and Settlement Agreement and Hold Harmless Agreement and the Court, having reviewed the record and being otherwise duly and fully appraised in all the premises, is of the opinion that said Motion is meritorious and should in all things be GRANTED; and IT IS THEREFORE,

ORDERED that the Joint Motion for Order Adopting Stipulation and Settlement Agreement and Hold Harmless Agreement is hereby GRANTED; and IT IS FURTHER,

ORDERED that the Stipulation and Settlement Agreement and Hold Harmless Agreement executed by and between the United States of America and Claimant, HECTOR SALAZAR in the instant case, is approved, adopted, and incorporated herein as part of this Order; and IT IS FURTHER,

ORDERED that claimant HECTOR SALAZAR will pay the storage charges incurred on the Respondent Property currently in the amount of $8,245.40. This storage value will be the same until June 30, 2010, thereafter the storage charge from July 1, 2010 through July 15, 2010 will be

$8,526.98; and IT IS FURTHER

ORDERED that upon the signing of the Order by this Court and the payment of the accrued storage charge, the following Respondent Properties to wit: 2008 Ford Truck, VIN: 1FTSW21518EA39465, a 2008 Ford Truck, VIN: 1FTSW21538EA39578, a 2008 Ford Truck, VIN: 1FTSW21548EA39525, a 2008 Ford Truck, VIN: 1FTSW21558EA39551, and a 2008 Ford Truck, VIN: 1FTSW21558EA39498, shall be release to Claimant HECTOR SALAZAR or his appointed agent, and IT IS FURTHER,

ORDERED that all right, title and interest of Mark Nash individually and Mark Nash as President of MNHS Ventures LP in the Respondent Property to wit: 2008 Ford Truck, VIN: 1FTSW21518EA39465, a 2008 Ford Truck, VIN: 1FTSW21538EA39578, a 2008 Ford Truck, VIN: 1FTSW21548EA39525, a 2008 Ford Truck, VIN: 1FTSW21558EA39551, and a 2008 Ford Truck, VIN: 1FTSW21558EA39498, are hereby held in default and forfeited to the United States of America; and IT IS FURTHER,

ORDERED that except as otherwise provided herein, any right, title and interest in the Respondent Property of any other potential claimants, be and hereby is held in default and forfeited to the United States of America, since no other persons or entities have filed claims or answers in this action in accordance with Rule G of the Supplemental Rules of Certain Admiralty and Maritimes Claims and Asset Forfeiture Actions, Fed.R.Civ.P., and the time for filing claims and answers in this cause of action has long passed; therefore, any and all other potential claimants are in default; and IT IS FURTHER,

ORDERED that any and all costs of litigation of this action, including but not limited to attorney's fees, shall be borne by the Party incurring the same, and IT IS FURTHER,

ORDERED that the Parties shall perform any and all acts, execute any and all documents, and perform any actions reasonably necessary in order to carry out the provisions of his Agreement; and IT IS FURTHER,

ORDERED that the Court shall retain jurisdiction in this cause of action for the purpose of enforcing the terms, provisions and conditions of the Agreement between the Parties.

SIGNED that the ___25th___ day of ___June___ 2010.

*Kathleen Cardone*
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE